**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN THE MATTER OF REEF INNOVATIONS, INC., and LARRY BEGGS, as owner of that certain 1986 34' Luhrs 340/342 Tournament with HIN# LHR 34164A686 at the time of the alleged incident, praying for exoneration from or limitation of liability,**

       Petitioners/Counter Defendant,    Case No. 6:11-cv-1703-Orl-31GJK

vs.

**HARVEY TRIPLETT,**

       Respondent/Counter Claimant.
_____

## ORDER

This cause comes before the Court on the Motion for Entry of Final Default Judgment (Doc. No. 41) filed December 21, 2011.

On January 6, 2012, the United States Magistrate Judge issued a report (Doc. No. 42) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.    The Report and Recommendation is **ADOPTED** and **CONFIRMED** as part of this Order.

2.    The Motion for Entry of Final Default Judgment is **GRANTED**. The Clerk shall

enter default judgment in favor of Petitioners and against Mainstream Engineering, Ken Bowles, Carl Casdia, Donald Barton, David Megregian, George Groetzner, Ocean Club Marina, Port Canaveral Yacht Club, and any and all claimants who have failed to plead or otherwise defend.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 23rd day of January, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party